# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS GALLINA,<br><br>            Plaintiff,<br><br>     v.<br><br>GREAT NORTHERN INSURANCE COMPANY,<br><br>            Defendant. | CIVIL ACTION NO. 2:23-cv-03102 |

## CORPORATE DISCLOSURE STATEMENT

Defendant, Great Northern Insurance Company ("GNIC"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1, hereby discloses as follows:

GNIC (a private non-governmental party) certifies that Great Northern Insurance Company is a wholly owned subsidiary of Federal Insurance Company. Federal Insurance Company is a wholly-owned subsidiary of Chubb INA Holdings, Inc., of which Chubb Group Holdings, Inc. owns 80% and Chubb Limited owns 20%. Chubb Group Holdings, Inc. is a wholly owned subsidiary of Chubb Limited, which is a publicly-traded company, listed on the New York Stock Exchange (symbol: CB). No publicly held corporation owns 10% or more of the stock of Chubb Limited.

COZEN O'CONNOR

BY: */s/ Charles J. Jesuit, Jr., Esq.*
     Charles J. Jesuit, Esq. (#91163)
     One Liberty Place
     1650 Market Street, Suite 2800
     Philadelphia, PA 19103
     cjesuit@cozen.com
     *Attorneys for Defendant, Great Northern Insurance Company*

DATED: August 11, 2023